IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARRISON ROSADO,** | : | CIVIL ACTION NO. 3:23-CV-1688 |
| Petitioner | : | (Judge Neary) |
| v. | : | |
| **WARDEN RICKARD,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 26th day of March, 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice for failure to exhaust administrative remedies.

2. The Clerk of Court is directed to CLOSE this case.

/S/ Keli M. Neary
Keli M. Neary
United States District Judge
Middle District of Pennsylvania